UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SOO SHIN,<br><br>                     Petitioner,<br><br>       v.<br><br>ROSEMARY NDOH, Warden,<br><br>                     Respondent. | Case No. SACV 20-1720-JVS (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

///

DATED: March 08, 2022

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE