**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LARRY SOO SHIN,

                           Petitioner,

                v.

ROSEMARY NDOH, Warden,

                        Respondent.

Case No. SACV 20-1720-JVS (LAL)

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 08, 2022

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE